# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

Filer's Name: **Valerie A Lopez**  Atty Name (if applicable): _____

Street Address: **158 N. Center Street**  CA Bar No. (if applicable): _____

**Orange CA 92866**  Atty Fax No. (if applicable): _____

Filer's Telephone No.: **714 769-2800**

In re: **Valerie A. Lopez**

Case No.: **8:10-bk-22755-RK**

Chapter 7 ____ 11 **X** 13 ____

## AMENDED SCHEDULE(S) AND/OR STATEMENT(S)

A filing fee of $26.00 is required to amend any or all of Schedules "D" through "F." An addendum mailing list is also required as an attachment if creditors are being added to the creditors list. Is/are creditor(s) being added?    Yes _____    No _____

Indicate below which schedule(s) and/or statement(s) is(are) being amended.

A **X**  B ____  C ____  D ____  E ____  F ____  G ____  H ____  I **X**  J ____

Statement of Social Security Number(s) ____    Statement of Financial Affairs ____

Statement of Intention ____    Other ____

**NOTE:** IT IS THE RESPONSIBILITY OF THE DEBTOR TO MAIL COPIES OF ALL AMENDMENTS TO THE TRUSTEE AND TO NOTICE ALL CREDITORS LISTED IN THE AMENDED SCHEDULE(S) AND TO COMPLETE AND FILE WITH THE COURT THE PROOF OF SERVICE ON THE BACK OF THIS PAGE.

I/We, **Valerie A. Lopez**, the person(s) who subscribed to the foregoing Amended Schedule(s) and/or Statement(s) do hereby declare under penalty of perjury that the foregoing is true and correct.

DATED: **10-15-2010**

_____
Debtor Signature

_____
Co-Debtor Signature

**FOR COURT USE ONLY**

FILED
NOV 15 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

*SEE REVERSE SIDE**

B-1008 Revised November 2003

## PROOF OF SERVICE

I hereby certify that a copy of the Amendment(s) was(were) mailed to the Trustee and that notice was given to the additional creditors listed.

DATED: _____    _____
                                   Print or Type Name


                                   _____
                                   *Signature*


(SEE ATTACHED MAILING LIST.)

FORM B6A (Official Form 6A) (12/07)

In re  LOPEZ, VALERIE
  Debtor(s)

Case No. 8:10-bk-22755-RK
(if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| REAL PROPERTY LOCATED AT: 2328 SUNNINGDALE DR. TUSTIN, CA 92782 | Fee Simple | | Unknown | $ 0.00 |
| REAL PROPERTY LOCATED AT: 3160 MERRELL AVENUE NUEVO, CA 92567 | Fee Simple | | Unknown | $ 0.00 |
| REAL PROPERTY LOCATED AT: 100 PULSIPHER LANE #3113 MESQUITE, NV 89027 | Fee Simple | | Unknown | $ 0.00 |
| REAL PROPERTY LOCATED AT: 158 N. CENTER STREET ORANGE, CA 92866 | Fee Simple | | Unknown | $ 0.00 |
| REAL PROPERTY LOCATED AT: 26290 HANOVER LANE LAGUNA HILLS, CA 92653 | Fee Simple | | Unknown | $ 0.00 |
| TIME SHARE PROPERTY-CLUB REGINA, CANCUN MEXICO | | | $ 22,000.00 | $ 0.00 |
| No continuation sheets attached | | **TOTAL $** (Report also on Summary of Schedules.) | 22,000.00 | |

B6I (Official Form 6I) (12/07)

In re _LOPEZ, VALERIE_ , Case No. _8:10-bk-22755-RK_
          Debtor(s)                                                  (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: _Single_ | DEPENDENTS OF DEBTOR AND SPOUSE ||
|---|---|---|
| | RELATIONSHIP(S): | AGE(S): |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | _TRADING_ | |
| Name of Employer | _FORTEX TRADING_ | |
| How Long Employed | _1 WEEK_ | |
| Address of Employer | | |
| Occupation | _MORTGAGE BROKER_ | |
| Name of Employer | _RESIDENTIAL MORTGAGE SVC, INC._ | |
| How Long Employed | _23 YEARS_ | |
| Address of Employer | _158 N. CENTER ST._ _ORANGE CA 92866_ | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 0.00 | $ 0.00 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 0.00 | $ 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 0.00 | $ 0.00 |
| b. Insurance | $ 0.00 | $ 0.00 |
| c. Union dues | $ 0.00 | $ 0.00 |
| d. Other (Specify): | $ 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ 0.00 |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ 8,000.00 | $ 0.00 |
| 8. Income from real property | $ 4,365.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ 0.00 |
| 11. Social security or government assistance (Specify): | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income (Specify): | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 12,365.00 | $ 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 12,365.00 | $ 0.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15) | $ 12,365.00 ||

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

Page No. _1_ of _1_